# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>          Plaintiff,<br><br>     v.<br><br>D. GORDAN,<br><br>          Defendant. | Case No. 1:22-cv-00456-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 25) |

On December 13, 2022, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **December 13, 2022**

                                        UNITED STATES MAGISTRATE JUDGE

1