# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. GORDIAN,<br><br>　　　　　Defendant. | Case No.: 1:22-cv-00456-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 29) |

　　　　Plaintiff Kory T. O'Brien is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 28, 2022, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 29.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice, with each party to bear its own litigation costs and attorney's fees.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __December 29, 2022__　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1